IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  McMorris, Tedrick R

Printed: 4/22/08

Case Number: 07 B 03582
Judge: Hollis, Pamela S
Filed: 3/1/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 5, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,076.78 |  |
| Secured: |  | 200.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,124.00 |
| Trustee Fee: |  | 75.59 |
| Other Funds: |  | 2,677.19 |
| Totals: | 4,076.78 | 4,076.78 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert V Schaller | Administrative | 1,124.00 | 1,124.00 |
| 2. | Illinois Dept of Revenue | Secured | 1,000.00 | 200.00 |
| 3. | Washington Mutual Bank FA | Secured | 20,000.00 | 0.00 |
| 4. | Internal Revenue Service | Priority | 958.62 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 801.29 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 21,196.75 | 0.00 |
| 7. | Cook County Treasurer | Secured |  | No Claim Filed |
| 8. | Capital One Auto Finance | Unsecured |  | No Claim Filed |
| 9. | Chrysler Credit | Unsecured |  | No Claim Filed |
| 10. | GEMB | Unsecured |  | No Claim Filed |
| 11. | Harris Bank | Unsecured |  | No Claim Filed |
| 12. | HSBC | Unsecured |  | No Claim Filed |
| 13. | HSBC | Unsecured |  | No Claim Filed |
| 14. | Nicor Gas | Unsecured |  | No Claim Filed |
| 15. | 1st National Bank Of A | Unsecured |  | No Claim Filed |
| 16. | Personal Finance Company | Unsecured |  | No Claim Filed |
| 17. | HSBC | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 45,080.66 | $ 1,324.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 75.59 |
|  | _____ |
|  | $ 75.59 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  McMorris, Tedrick R | Case Number:  07 B 03582 |
| | Judge:  Hollis, Pamela S |
| Printed:  4/22/08 | Filed:  3/1/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

